ENTERED
FILED                RECEIVED
LODGED

OCT 31 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON        DEPUTY
BY

08-CV-01441-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PHILLIP PLATA, ) | |
| ) | |
| Petitioner, ) | Case No. C08-1441-JLR-BAT |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| THERESA TALPALACIDO, et. al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

The Court, having reviewed petitioner's Petition for Writ of Mandamus (Dkt. 1) submitted pursuant to 28 U.S.C. § 1361, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation.

2) Petitioner's Petition for Writ of Mandamus (Dkt. 1) is DENIED and DISMISSED with prejudice.

3) Petitioner's application to proceed *in forma pauperis* is DENIED as moot.

4) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 31st day of October, 2008.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL -1